**Opinion issued June 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00930-CV

_____

**KATHY DAVIS, Appellant**

**V.**

**EARL M. GILBERT IRREVOCABLE TRUST, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1210475**

---

## MEMORANDUM OPINION

Appellant, Kathy Davis, proceeding pro se, filed a notice of appeal from the trial court's December 8, 2023 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on February 20, 2024, and the reporter's record was filed by October 11, 2024. Accordingly, appellant's brief was due on November 13, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant failed to timely file a brief.

On February 3, 2025, the Clerk of this Court notified appellant that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.